UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Susan van Keulen
Judge Susan van Keulen

Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
Catherine J. Baumgartner, Bar No. 327062
cbaumgartner@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendant CITY OF SANTA CLARA

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Alexandra N. Holland, Bar No. 363507
aholland@mastagni.com
MASTAGNI HOLSTEDT, A.P.C.
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs PHILIP ADAME, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PHILIP ADAME, et al., on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA,<br><br>Defendant. | Case No.: 5:26-cv-03740-SVK<br><br>Complaint Filed: April 29, 2026<br><br>**STIPULATION ENLARGING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that

WHEREAS, Plaintiffs PHILIP ADAME, et al., and Defendant CITY OF SANTA CLARA (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly

stipulate as follows:

WHEREAS, Plaintiffs filed this putative collective action on April 29, 2026, against Defendant the City of Santa Clara.

WHEREAS, Plaintiffs electronically served Defendant with the Complaint on September 28, 2026.

WHEREAS, Local Rule 6-1(a) allows the Parties to stipulate in writing, without a Court order, to extend the time within which Defendant must answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or deadline already fixed by Court order.

WHEREAS, on September 28, 2026, the Parties previously filed a Stipulation and [Proposed] Order for Acceptance of Electronic Service of Summons and Complaint (ECF No. 22), which sought to enlarge the deadline for Defendant to answer or otherwise respond to the Complaint for 60 days.

WHEREAS, the Court did not enter the [Proposed] Order on ECF No. 22.

WHEREAS, the Parties subsequently filed a Stipulation Enlarging Defendant's Time to Respond to Plaintiffs' Complaint (ECF No. 24), pursuant to Local Rule 6-1(a), which did not require a Court order, and which superseded the Parties' request under ECF No. 22. Through that Stipulation, the Parties enlarged Defendant's time to answer or otherwise respond to the Complaint until December 1, 2026.

WHEREAS, the Parties are in the final stages of negotiating a settlement in this matter and wish to enlarge the time for Defendant to answer or otherwise respond to the Complaint until January 5, 2027.

WHEREAS, the Parties agree that Defendant expressly reserves all rights, defenses, affirmative defenses, and objections to the Complaint, including the right to file any motion permitted under Federal Rule of Civil Procedure 12, and that Defendant's agreement to this Stipulation or the filing thereof shall not constitute a waiver of any such rights, defenses, or objections.

WHEREAS, the Parties wish to avoid incurring unnecessary expenses associated with further litigation while the settlement is finalized.

WHEREAS, the Parties do not request any modification of the deadlines relating to the January 19, 2027, Case Management Conference.

THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that:

1. The Court extend Defendant's December 1, 2026, deadline to answer or otherwise respond to the Complaint until January 5, 2027, to allow the Parties to finalize the settlement.

**IT IS SO STIPULATED.**

Dated: November 20, 2026

LIEBERT CASSIDY WHITMORE

By: ______________________

Lisa S. Charbonneau
Catherine J. Baumgartner
Attorneys for Defendant CITY OF SANTA CLARA

Dated: November 20, 2026

MASTAGNI HOLSTEDT, A.P.C.

By: */S/ David E. Mastagni*

David E. Mastagni
Alexandra N. Holland
Attorneys for Plaintiffs PHILIP ADAME, et al.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

By: ______________________________